# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Siu Shong Tsang, et al.

Plaintiff,

v.

Case No.: 1:23−cv−06614

Honorable Mary M. Rowland

Individuals, Corporations, Limited Liabilites, Partnerships and Unincorporated Associations Identified on Schedule A Hereto, The

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 25, 2023:

MINUTE entry before the Honorable Mary M. Rowland: Plaintiff's ex parte motion for entry of a temporary restraining order [54] is granted. Plaintiff's motion for electronic service of process [23] is granted. Enter Sealed Temporary Restraining Order. On or before 11/6/23, Plaintiff shall file a status report addressing the status of all defendants (including identifying the defendant name and number; any defendants that have not been served; whether they have been dismissed or are in settlement discussions). In addition, the Clerk is directed to replace "John Doe" with Plaintiff's name, Siu Shong Tsang, in the case caption. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.