**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Siu Shong Tsang, et al.

                                                                                            Plaintiff,

v.                                                                                         Case No.: 1:23−cv−06614

                                                                                           Honorable Mary M. Rowland

Individuals, Corporations, Limited Liabilites,
Partnerships and Unincorporated Associations Identified
on Schedule A Hereto, The, et al.

                                                                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 20, 2023:

       MINUTE entry before the Honorable Mary M. Rowland: Defendants' motion to set briefing schedule [68] is granted. The Clerk's Office is directed to unseal Dockets 31 and 52 including the exhibits to docket 52. Defendants are given until 12/1/23 to respond to the motion for preliminary injunction. Plaintiff is to file a status report by 12/8/23 updating the court how many defendants remain and whether the request for preliminary injunction is still necessary. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.