UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SIU SHONG TSANG, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:23-cv-6614 |
| v. ) | (MMR)(JIC) |
| ) | |
| THE INDIVIDUALS, ) | |
| CORPORATIONS, LIMITED ) | |
| LIABILITY COMPANIES, ) | JURY TRIAL DEMANDED |
| PARTNERSHIPS, AND ) | |
| UNINCORPORATED ASSOCIATIONS ) | |
| IDENTIFIED ON SCHEDULE A TO ) | |
| THE COMPLAINT, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses with prejudice all causes of action in the Amended Complaint against the Defendants identified below.

| **Doe No.** | **Store Name** |
|---|---|
| DOE 11 | EWVentures |
| DOE 18 | HXPLN |
| DOE 20 | IPEAIN |
| DOE 38 | POGDIK |
| DOE 165 | ETLUK |

Each party shall bear their own attorney's fees and costs. Defendants have not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

1

| | |
|---|---|
| Date: November 28, 2023 | Respectfully submitted, |
| | /s/ Theodore J. Chiacchio |
| | Theodore J. Chiacchio (Bar No. 6332547) |
| | **CHIACCHIO IP, LLC** |
| | 307 North Michigan Avenue, Suite 2011 |
| | Chicago, Illinois 60601 |
| | Tel: (312) 815-2384 |
| | Email: tchiacchio@chiacchioip.com |
| | |
| | By: /s/ Shengmao Mu |
| | Shengmao (Sam) Mu, NY #5707021 |
| | **WHITEWOOD LAW PLLC** |
| | 57 West 57th Street, 3rd and 4th Floors |
| | New York, NY 10019 |
| | Telephone: (917) 858-8018 |
| | Email: smu@whitewoodlaw.com |
| | |
| | *Counsel for Plaintiff* |

## CERTIFICATE OF SERVICE

    I hereby certify that on November 28, 2023, I electronically filed the foregoing with the Court using the CM/ECF system.

                                                /s/Theodore J. Chiacchio  
                                                  Theodore J. Chiacchio