UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SIU SHONG TSANG, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> THE INDIVIDUALS, ) <br> CORPORATIONS, LIMITED ) <br> LIABILITY COMPANIES, ) <br> PARTNERSHIPS, AND ) <br> UNINCORPORATED ASSOCIATIONS ) <br> IDENTIFIED ON SCHEDULE A TO ) <br> THE COMPLAINT, ) <br> ) <br> Defendants. ) | Civil Action No. 1:23-cv-6614 <br> (MMR)(JIC) <br><br> JURY TRIAL DEMANDED |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses with prejudice all causes of action in the Amended Complaint against the Defendants identified below.

| Doe No. | Store Name |
|---|---|
| DOE 98 | NiGHT LiONS TECH |
| DOE 106 | TANSAR |

Each party shall bear their own attorney's fees and costs. Defendants have not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

Date: December 4, 2023

Respectfully submitted,

/s/ Theodore J. Chiacchio
Theodore J. Chiacchio (Bar No. 6332547)

1

**CHIACCHIO IP, LLC**
307 North Michigan Avenue, Suite 2011
Chicago, Illinois 60601
Tel: (312) 815-2384
Email: tchiacchio@chiacchioip.com

By: /s/ Shengmao Mu
Shengmao (Sam) Mu, NY #5707021
**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY 10019
Telephone: (917) 858-8018
Email: smu@whitewoodlaw.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 4, 2023, I electronically filed the foregoing with the Court using the CM/ECF system.

                                                    /s/Theodore J. Chiacchio
                                                        Theodore J. Chiacchio