UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SIU SHONG TSANG, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:23-cv-6614 |
| v. ) | (MMR)(JIC) |
| ) | |
| THE INDIVIDUALS, ) | |
| CORPORATIONS, LIMITED ) | |
| LIABILITY COMPANIES, ) | JURY TRIAL DEMANDED |
| PARTNERSHIPS, AND ) | |
| UNINCORPORATED ASSOCIATIONS ) | |
| IDENTIFIED ON SCHEDULE A TO ) | |
| THE COMPLAINT, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses with prejudice all causes of action in the Amended Complaint against the Defendants identified below.

| Doe No. | Store Name |
|---|---|
| DOE 84 | KETm |

Each party shall bear their own attorney's fees and costs. Defendants have not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

1

| | |
|---|---|
| Date: December 11, 2023 | Respectfully submitted,<br><br>/s/ Theodore J. Chiacchio<br>Theodore J. Chiacchio (Bar No. 6332547)<br>**CHIACCHIO IP, LLC**<br>307 North Michigan Avenue, Suite 2011<br>Chicago, Illinois 60601<br>Tel: (312) 815-2384<br>Email: tchiacchio@chiacchioip.com<br><br>By: /s/ Shengmao Mu<br>Shengmao (Sam) Mu, NY #5707021<br>**WHITEWOOD LAW PLLC**<br>57 West 57th Street, 3rd and 4th Floors<br>New York, NY 10019<br>Telephone: (917) 858-8018<br>Email: smu@whitewoodlaw.com<br><br>*Counsel for Plaintiff* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2023, I electronically filed the foregoing with the Court using the CM/ECF system.

                                        /s/Theodore J. Chiacchio
                                          Theodore J. Chiacchio