UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SIU SHONG TSANG, | ) |
| Plaintiff, | ) Civil Action No. 1:23-cv-6614 |
| v. | ) (MMR)(JIC) |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT, | ) JURY TRIAL DEMANDED |
| Defendants. | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses with prejudice all causes of action in the Amended Complaint against the Defendants identified below.

| Doe No. | Store Name |
|---|---|
| DOE 105 | Tai Chi Cat |
| DOE 117 | YSToys |

Each party shall bear their own attorney's fees and costs. Defendants have not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

1

Date: December 15, 2023

Respectfully submitted,

/s/ Theodore J. Chiacchio
Theodore J. Chiacchio (Bar No. 6332547)
**CHIACCHIO IP, LLC**
307 North Michigan Avenue, Suite 2011
Chicago, Illinois 60601
Tel: (312) 815-2384
Email: tchiacchio@chiacchioip.com

By: /s/ Shengmao Mu
Shengmao (Sam) Mu, NY #5707021
**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY 10019
Telephone: (917) 858-8018
Email: smu@whitewoodlaw.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2023, I electronically filed the foregoing with the Court using the CM/ECF system.

                                                   /s/Theodore J. Chiacchio
                                                     Theodore J. Chiacchio