**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **SIU SHONG TSANG,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No. 1:23-cv-6614** |
| **v.** | ) | **(MMR)(JIC)** |
| | ) | |
| **THE INDIVIDUALS,** | ) | |
| **CORPORATIONS, LIMITED** | ) | |
| **LIABILITY COMPANIES,** | ) | **JURY TRIAL DEMANDED** |
| **PARTNERSHIPS, AND** | ) | |
| **UNINCORPORATED ASSOCIATIONS** | ) | |
| **IDENTIFIED ON SCHEDULE A TO** | ) | |
| **THE COMPLAINT,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses with prejudice all causes of action in the Amended Complaint against the Defendants identified below.

| Doe No. | Store Name |
|---|---|
| DOE 22 | J Focus |
| DOE 44 | StarAvenir |
| DOE 94 | MAKE CUTE |
| DOE 101 | QICO |

Each party shall bear their own attorney's fees and costs. Defendants have not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

1

Date: December 27, 2023

Respectfully submitted,

/s/ Theodore J. Chiacchio
Theodore J. Chiacchio (Bar No. 6332547)
**CHIACCHIO IP, LLC**
307 North Michigan Avenue, Suite 2011
Chicago, Illinois 60601
Tel: (312) 815-2384
Email: tchiacchio@chiacchioip.com

By: /s/ Shengmao Mu
Shengmao (Sam) Mu, NY #5707021
**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY 10019
Telephone: (917) 858-8018
Email: smu@whitewoodlaw.com

*Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 27, 2023, I electronically filed the foregoing with the Court using the CM/ECF system.

/s/Theodore J. Chiacchio
Theodore J. Chiacchio
