## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **SIU SHONG TSANG,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No. 1:23-cv-6614** |
| **v.** | ) | **(MMR)(JIC)** |
| | ) | |
| **THE INDIVIDUALS,** | ) | |
| **CORPORATIONS, LIMITED** | ) | |
| **LIABILITY COMPANIES,** | ) | **JURY TRIAL DEMANDED** |
| **PARTNERSHIPS, AND** | ) | |
| **UNINCORPORATED ASSOCIATIONS** | ) | |
| **IDENTIFIED ON SCHEDULE A TO** | ) | |
| **THE COMPLAINT,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses with prejudice all causes of action in the Amended Complaint against defendant Doe 4 in the above-captioned action, BincaBom, (hereinafter, "Defendant"). Each party shall bear their own attorney's fees and costs. Defendant has not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

Date: January 23, 2024

Respectfully submitted,

/s/ Theodore J. Chiacchio
Theodore J. Chiacchio (Bar No. 6332547)
**CHIACCHIO IP, LLC**
307 North Michigan Avenue, Suite 2011
Chicago, Illinois 60601
Tel: (312) 815-2384
Email: tchiacchio@chiacchioip.com

By: /s/ Shengmao Mu

1

Shengmao (Sam) Mu, NY #5707021
**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY 10019
Telephone: (917) 858-8018
Email: smu@whitewoodlaw.com

*Counsel for Plaintiff*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 23, 2024, I electronically filed the foregoing with the Court using the CM/ECF system.

/s/Theodore J. Chiacchio
Theodore J. Chiacchio
