UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **SIU SHONG TSANG,** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:23-cv-6614 |
| v. | ) | (MMR)(JIC) |
| | ) | |
| **THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,** | ) ) ) ) ) ) ) ) | JURY TRIAL DEMANDED |
| | ) | |
| **Defendants.** | ) | |

## MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT

Plaintiff, by and through his undersigned counsel, hereby moves this Honorable Court for entry of default and entry of a default judgment against the Defendants in the above-referenced action who are identified in the redacted Schedule A submitted herewith. A Memorandum in support of this Motion and a proposed Order are being submitted herewith. For the reasons discussed in said Memorandum, Plaintiff respectfully submits that this Motion should be granted.

Date: February 23, 2024

Respectfully submitted,

/s/ Theodore J. Chiacchio
Theodore J. Chiacchio (Bar No. 6332547)
**CHIACCHIO IP, LLC**
307 North Michigan Avenue, Suite 2011
Chicago, Illinois 60601
Tel: (312) 815-2384
Email: tchiacchio@chiacchioip.com

By: /s/ Shengmao Mu
Shengmao (Sam) Mu, NY #5707021

        **WHITEWOOD LAW PLLC**
        57 West 57th Street, 3rd and 4th Floors
        New York, NY 10019
        Telephone: (917) 858-8018
        Email: smu@whitewoodlaw.com

        *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2024, I electronically filed the foregoing with the Court using the CM/ECF system.

                                                  /s/Theodore J. Chiacchio
                                                    Theodore J. Chiacchio